*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
STEPHENS, DEERWESTER, and MCCOY
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**Alexander BOYD**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202100336**

————————————

Decided: 31 May 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Nicholas S. Henry

Sentence adjudged 19 August 2021 by a special court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 107 days,[1] and a bad-conduct discharge.[2]

---

[1] The accused was credited with having served 107 days of confinement.

[2] On October 27, 2021, the Convening Authority approved the sentence and, except for the part of the sentence extending to the Bad-Conduct Discharge, ordered it executed.

Opinion of the Court

For Appellant:
*Lieutenant Commander Matthew A. Kozyra, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[3]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[3] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.